■ In the Matter of MONIQUE LAWRENCE, Petitioner, v DONALD SELSKY, as Director of Special Housing/Inmate Disciplinary Programs, et al., Respondents. [837 NYS2d 882]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Orleans County [James P. Punch, A.J.], entered December 6, 2006) to review two determinations. Each determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Gorski, Smith, Fahey and Green, JJ.